UNITED STATES COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN JARVIS and MICHAEL JARVIS /
on behalf of themselves and all others
similarly situated,

*Plaintiffs*,                                                  Civil Action No. 2:14-cv-654-FtM-29CM

v.

BMW OF NORTH AMERICA, LLC

*Defendant*.

---

## VERIFIED MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.510

Comes now __Christopher J. Dalton__, Movant herein, and respectfully represents the following:

1. [x] Movant resides in __New Providence__, __New Jersey__. Movant
   (City)                 (State)
   is not a resident of the State of Florida.

   [ ] Movant is a resident of the State of Florida and has an application pending for admission to The Florida Bar and has not previously been denied admission to The Florida Bar.

2. Movant is an attorney and a member of the law firm of (or practices law under the name of) __Buchanan Ingersoll & Rooney PC__, with offices at __550 Broad Street, Suite 810, Newark__,
   (Street Address)                            (City)
   __Essex__, __New Jersey__, __07102__, __973-273-9800__.
   (County)    (State)      (Zip Code)   (Telephone)

3. Movant has been retained personally or as a member of the above named law firm on ___November 14, 2014___ by ___BMW OF North America, LLC___
   (Date Representation Commenced)        (Name of Party or Parties)
to provide legal representation in connection with the above-styled matter now pending before the above-named court of the State of Florida.

4. Movant is an active member in good standing and currently eligible to practice law in the following jurisdiction(s): Include attorney or bar number(s). (Attach an additional sheet if necessary.)

| JURISDICTION | ATTORNEY/BAR NUMBER |
|---|---|
| New Jersey State Bar | 024481944 (admitted 1994) |
| New York State Bar | 2713469 (admitted 1995) |
|  |  |

5. There are no disciplinary proceedings pending against Movant, except as provided below (give jurisdiction of disciplinary action, date of disciplinary action, nature of the violation and the sanction, if any, imposed):
(Attach an additional sheet if necessary.)

_____
_____
_____
_____

6. Within the past five (5) years, Movant has not been subject to any disciplinary proceedings, except as provided below (give jurisdiction of disciplinary action, date of disciplinary action, nature of the violation and the sanction, if any, imposed):
(Attach an additional sheet if necessary)

_____
_____

7. Movant has never been subject to any suspension proceedings, except as provided below (give jurisdiction of disciplinary action, date of disciplinary action, nature of the violation and the sanction, if any, imposed):
(Attach an additional sheet if necessary.)

_____

_____

_____

8. Movant has never been subject to any disbarment proceedings, except as provided below (give jurisdiction of disciplinary action, date of disciplinary action, nature of the violation and the sanction, if any, imposed):
(Attach an additional sheet if necessary.)

_____

_____

_____

9. Movant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Movant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

10. Movant is not an inactive member of The Florida Bar.

11. Movant is not now a member of The Florida Bar.

12. Movant is not a suspended member of The Florida Bar.

13. Movant is not a disbarred member of The Florida Bar nor has Movant received a disciplinary resignation from The Florida Bar.

14. Movant has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Florida Rule of Judicial Administration 2.510, except as provided below (give date of disciplinary action or contempt, reasons there for, and court imposing contempt):
(Attach an additional sheet if necessary.)

_____

_____

_____

15. Movant has filed motion(s) to appear as counsel in Florida state courts during the past five (5) years in the following matters: (attach additional sheet if necessary)

Date of Motion    Case Name    Case Number    Court Date    Motion Granted/Denied

_____

_____

_____

_____

16. Local counsel of record associated with Movant in this matter is Mark C. Anderson, Florida Bar No. 631922, who is an active member in good standing of The Florida Bar and has offices at Buchanan Ingersoll & Rooney PC | Fowler White Boggs, 2235 First Street, Fort Myers, Florida (239) 334-7892.

17. Movant has read the applicable provisions of Florida Rule of Judicial Administration 2.510 and Rule 1-3.10 of the Rules Regulating The Florida Bar and certifies that this verified motion complies with those rules.

18. Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

WHEREFORE, Movant respectfully requests permission to appear in this court for this cause only.

DATED this 15th day of December, 2014.

Christopher J. Dalton
Movant
Buchanan Ingersoll & Rooney
Address

4

550 Broad Street, Suite 810
Address
Newark, NJ 07102
City, State, Zip Code
973-273-9800
Telephone Number

STATE OF NEW JERSEY
COUNTY OF ESSEX

I, Christopher J. Dalton, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing Motion and know the contents thereof, and the contents are true of my own knowledge and belief.

Movant Christopher J. Dalton

I hereby consent to be associated as local counsel of record in this cause pursuant to Florida Rule of Judicial Administration 2.510.

DATED this 23rd day of December, 2014.

/s/ Mark C. Anderson
Florida Bar No. 0631922
mark.anderson@bipc.com
BUCHANAN INGERSOLL & ROONEY
PC | FOWLER WHITE BOGGS
2235 First Street
Fort Myers, FL 33901
239 334 7892
Fax No. 239 334 3240

46517812