IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN JARVIS AND MICHAEL JARVIS,
Individually and on behalf of all others
similarly situated,

      Plaintiffs,

vs.                                    CASE NO. 2:14-CV-654-FTM-29-CM

BMW OF NORTH AMERICA, LLC,

      Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED
PERSONS & CORPORATE DISCLOSURE STATEMENT**

Defendant, BMW OF NORTH AMERICA, LLC, hereby discloses the following pursuant to this Court's Interested Persons Order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% of more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- **The undersigned counsel for Defendant BMW of North America, LLC ("BMW NA"), certifies that this party is a non-governmental entity and that BMW NA is a subsidiary of BMW (US) Holding Corp.; which in turn is a subsidiary of BMW International Holding B.V., a Dutch business entity; which in turn is a subsidiary of BMW Beteiligungs GmbH & Co. KG, a German business entity; which in turn is a**

**subsidiary of BMW INTEC Beteiligungs GmbH, a German business entity; which in turn is a subsidiary of Bayerische Motoren Werke Aktiengesellschaft ("BMW AG"), a German business entity.  Shares of BMW AG are publicly traded on the Börse München (the Munich Stock Exchange).**

- **Mark C. Anderson, Esq., Buchanan Ingersoll & Rooney, P.C., P.O. Box 1567, Fort Myers, Florida 33902**
- **Christopher Dalton, Esq., Buchanan Ingersoll & Rooney, P.C., 550 Broad Street, Suite 810, Newark, NJ 07102**
- **Karen Jarvis, c/o Bursor & Fisher, P.A. 888 Seventh Avenue, 3rd Floor, New York, NY 10019**
- **Michael Jarvis, c/o Bursor & Fisher, P.A. 888 Seventh Avenue, 3rd Floor New York, NY 10019**
- **Scott A. Bursor, Esq., Bursor & Fisher, P.A. 888 Seventh Avenue, 3rd Floor, New York, NY 10019**

2.)   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None are known at this time.**

3.)   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None are known at this time.**

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None are known at this time.**

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

 /s/ Mark C. Anderson

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 5, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which served to counsel for the Defendants, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

 /s/ Mark C. Anderson
MARK C. ANDERSON, ESQUIRE
Florida Bar No. 631922
BUCHANAN INGERSOLL & ROONEY PC
Counsel for *Defendant,*
 BMW of North America, LLC
Post Office Box 1567
Fort Myers, Florida  33902
(239) 334-7892
(239) 425-6380 (facsimile)
mark.anderson@bipc.com