IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN JARVIS AND MICHAEL JARVIS,
individually and on behalf of all others
similarly situated,

       Plaintiffs,

v.                                  CASE NO. 2:14-CV-654-FTM-29-CM

BMW OF NORTH AMERICA, LLC,

       Defendant.
_____

**JOINT MOTION FOR ENLARGEMENT OF TIME TO CONDUCT CASE
MANAGEMENT CONFERENCE AND FILE CASE MANAGEMENT REPORT**

Plaintiffs, Karen Jarvis and Michael Jarvis, individually and on behalf of all others similarly situated, and Defendant, BMW of North America, LLC, by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby file this Joint Motion for Enlargement of Time to Conduct Case Management Conference and File Case Management Report and, in support thereof, state as follows:

1.      Plaintiffs commenced these proceedings by filing their Class Action Complaint on November 7, 2014.

2.      Defendant was served with the Summons and Complaint on November 13, 2014. The initial deadline to respond to the Complaint was December 4, 2014.

3.      The Court previously granted an enlargement of time for Defendant to file its Motion to Dismiss by December 22, 2014, and for Plaintiffs to file their response thereto by January 12, 2015.

4.       Pursuant to Local Rule 3.05(c), the parties are to meet for the purpose of conducting a Case Management Conference within sixty (60) days of the service of the Complaint and file a Case Management Report within fourteen (14) days of the date of such meeting.

5.      Accordingly, the deadline to conduct the Case Management Conference is January 13, 2015.

6.      Plaintiffs' lead counsel started a trial on Monday, January 12, 2015 that is anticipated to last three weeks.  The trial will prevent Plaintiffs' counsel from participating in the Case Management Conference as currently scheduled.

7.      The parties now seek a 30-day enlargement of time to conduct the Case Management Conference.

8.      Pursuant to Local Rule 3.01(g), the undersigned counsel have conferred and agreed to the proposed dates.

9.      The undersigned counsel certify that the relief sought is not designed to delay the timely litigation of this matter.

10.      The undersigned further certifies that he has been authorized by Scott A. Bursor, counsel for Plaintiffs, to file the instant motion on his behalf.

**<u>Memorandum of Law</u>**

"District courts enjoy broad discretion in deciding how best to manage the cases before them." <u>Chudasama v. Mazda Motor Corp.</u>, 123 F.3d 1353, 1366 (11th Cir. 1997).  Under the Federal Rules, the Court, in its discretion, may enlarge the period of time for taking required or allowed action if the request is made before the expiration of the originally prescribed period. Fed. R. Civ. P. 6(b).  A brief enlargement of time when requested at the appropriate time is liberally granted, especially when counsel for the parties are in agreement.

The brief enlargement of time requested in this case will not interfere with the timely prosecution of this action as the parties expect to submit their joint case management plan prior to the Court's ruling on Defendant's motion to dismiss, which is due prior to March 13, 2015 pursuant to Local Rule 3.05(c)(2).  The Complaint was filed on November 7, 2014 and BMW NA was served on November 13, 2014.  In accordance with Local Rule 3.01(g), the undersigned counsels have conferred and agreed to these two enlargements of time.

WHEREFORE, the parties request this Honorable Court enter an Order (1) enlarging the time for counsel of the respective parties to meet telephonically to conduct the Case Management Conference by February 13, 2015, (2) enlarging the time for the parties to file the Case Management Report by February 27, 2015, (3) and grant all other relief the Court deems appropriate.


Dated: January 13, 2014                              Respectfully submitted,


  /s/ Scott A. Bursor                                    /s/ Mark C. Anderson
Counsel for Plaintiffs                             Counsel for Defendant


3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which served to counsel for the Defendants, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

  /s/ Mark C. Anderson
MARK C. ANDERSON, ESQUIRE
Florida Bar No. 631922
BUCHANAN INGERSOLL & ROONEY, P.C.
Counsel for *Defendant BMW of North America*
Post Office Box 1567
Fort Myers, Florida  33902
(239) 334-7892
(239) 425-6380 (facsimile)
mark.anderson@bipc.com

4