## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Fort Meyers Division

| | |
|---|---|
| KAREN JARVIS and MICHAEL JARVIS, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>     Defendant. | Civil Action No. 14-cv-654-JES-CM |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that, upon the Declaration of Scott A. Bursor, the exhibit attached thereto, and the accompanying Memorandum of Law, plaintiffs Karen and Michael Jarvis and hereby move before the Honorable John E. Steele, United States District Court Judge, at the United States District Court for the Middle District of Florida, for an Order, pursuant to Rule 23(b)(3) to: (i) certify the Class and Florida Subclass described herein, (ii) appoint Michael and Karen Jarvis as Class representatives, and (iii) appoint Bursor & Fisher, P.A. as Class counsel.

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 3.01(b), Defendant's opposition to the within motion, if any, must be served on or before February 19, 2015.

Dated:  February 5, 2015

        Respectfully submitted,

        **BURSOR & FISHER, P.A.**

        By:  */s/ Scott A. Bursor*
             Scott A. Bursor

        Scott A. Bursor (State Bar No. 68362)
        888 Seventh Avenue
        New York, NY 10019
        Telephone: (212) 989-9113
        Facsimile:  (212) 989-9163
        Email:  scott@bursor.com

        *Counsel for Plaintiffs*