UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN JARVIS and MICHAEL
JARVIS, on behalf of themselves and
all others similarly situated

      Plaintiffs,

v.                                              Case No:   2:14-cv-654-FtM-29CM

BMW OF NORTH AMERICA, LLC,

      Defendant.
_____

## ORDER

This matter comes before the Court upon review of Defendant's Unopposed Motion to File Under Seal (Doc. 55) filed on December 3, 2015.  The specific documents that Defendant seeks to file under seal are its Motion for Enforcement of Settlement Agreement, which will include a Confidential Settlement Agreement and Release executed by BMW NA, emails and written correspondence leading to the settlement agreement, and an Affidavit of attorney Christopher Dalton.

Pursuant to Local Rule 1.09(a),

> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal.  The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

- 2 -

M.D. Fla. Rule 1.09(a). Upon review, the Court finds that Defendant has sufficiently met all of the requirements of the Local Rule 1.09(a).

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Unopposed Motion to File Under Seal (Doc. 55) is **GRANTED**.

2. Counsel may file the proposed documents under seal with the Clerk of Court.

**DONE** and **ORDERED** in Fort Myers, Florida on this 24th day of December, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record