UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN JARVIS, on behalf of themselves and all others similarly situated and MICHAEL JARVIS, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.                              Case No: 2:14-cv-654-FtM-29CM

BMW OF NORTH AMERICA, LLC,

    Defendant.

**ORDER**

This matter comes before the Court on defendant's Motion to Enforce Settlement Agreement (Doc. #59) filed on January 7, 2016. Plaintiffs have not filed a response pursuant to M.D. Fla. R. 3.01(b) and the time to do so has expired.

Accordingly, it is hereby

**ORDERED:**

Plaintiffs shall file a response to defendant's Motion to Enforce Settlement Agreement (Doc. #59) within **fourteen (14) days** of this Order. If no response is filed, the Court will rule on the motion without further notice and without the benefit of a response.

**DONE and ORDERED** at Fort Myers, Florida, this __26th__ day of January, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Plaintiffs
Counsel of Record